IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-00319-CMA-KMT

TAMMIE CARTER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NOODLES & COMPANY, a Delaware Corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Plaintiff's Motion to Dismiss Without Prejudice entered by Judge Christine M. Arguello on June 29, 2016, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Plaintiff's Motion to Dismiss without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED.  It is

    FURTHER ORDERED that Plaintiff's Motion for Conditional Class Certification of Fair Labor Standards Act Claim is DENIED AS MOOT.  It is

    FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE.  It is

    FURTHER ORDERED that Defendant Noodles & Company shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  29th   day of June, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk